UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,                    Case No.   8:18-cr-594-T-24JSS

        Plaintiff,        ☐
        Government  ☒                    ☐ Evidentiary
                                               ☒  Trial
v.                                            ☐ Other

RUDOLPH RANDOLPH MEIGHAN
JORGE RAMON NEWBALL-MAY, and
CALBOT REID-DILBERT

        Defendant    ☐

# **EXHIBIT LIST**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Photo of USCG HC-130J |
| 2A | | | | MPA Video – 12/1/18 |
| 2B | | | | MPA Video – 12/1/18 |
| 2C | | | | MPA Video – 12/1/18 |
| 2D | | | | MPA Video – 12/1/18 |
| 2E | | | | MPA Video – 12/1/18 |
| 2F | | | | MPA Video – 12/1/18 |
| 2G | | | | MPA Video – 12/1/18 |
| 2H | | | | MPA Video – 12/1/18 |
| 2I | | | | MPA Video – 12/1/18 |

Case Number:        8:18-cr-594-T-24JSS                                             Page 2

## EXHIBIT LIST - Continuation Sheet

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 2J | | | | MPA Video – 12/1/18 |
| 2K | | | | MPA Video – 12/1/18 |
| 2L | | | | MPA Video – 12/1/18 |
| 2M | | | | MPA Video – 12/1/18 |
| 2N | | | | MPA Video – 12/1/18 |
| 2O | | | | MPA Video – 12/1/18 |
| 2P | | | | MPA Video (clip) – 12/1/18 |
| 2Q | | | | MPA Video (clip) – 12/1/18 |
| 3A | | | | USCG photo of Crew – 12/1/18 |
| 3B | | | | USCG photo of GFV – 12/1/18 |
| 3C | | | | USCG photo of GFV – 12/1/18 |
| 3D | | | | USCG photo of GFV – 12/1/18 |
| 3E | | | | USCG photo of GFV – 12/1/18 |
| 3F | | | | USCG photo of GFV – 12/1/18 |
| 3G | | | | USCG photo of GFV – 12/1/18 |
| 3H | | | | USCG photo of GFV – 12/1/18 |

Case Number:      8:18-cr-594-T-24JSS                                              Page 3

**EXHIBIT LIST - Continuation Sheet**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 3I | | | | USCG photo of GFV – 12/1/18 |
| 3J | | | | USCG photo of GFV – 12/1/18 |
| 3K | | | | USCG photo of GFV – 12/1/18 |
| 3L | | | | USCG photo of GFV – 12/1/18 |
| 3M | | | | USCG photo of GFV – 12/1/18 |
| 4A | | | | USCG photo of GFV – 12/1/18 |
| 4B | | | | USCG photo of GFV – 12/1/18 |
| 4C | | | | USCG photo of GFV – 12/1/18 |
| 4D | | | | USCG photo of GFV – 12/1/18 |
| 4E | | | | USCG photo of GFV – 12/1/18 |
| 4F | | | | USCG photo of GFV – 12/1/18 |
| 4G | | | | USCG photo of GFV – 12/1/18 |
| 4H | | | | USCG photo of GFV – 12/1/18 |
| 4I | | | | USCG photo of GFV – 12/1/18 |

Case Number:        8:18-cr-594-T-24JSS                                                    Page 4

**EXHIBIT LIST - Continuation Sheet**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 5A | | | | Photo of personal items (Reid Dilbert) |
| 5B | | | | Photo of personal items (Newball May) |
| 5C | | | | Photo of personal items (Randolph Meighan) |
| 5D | | | | Photo of personal items (Hinnestroza Newbbooll) |
| 6 | | | | GFV Sketch |
| 7A | | | | IONSCAN Results |
| 7B | | | | IONSCAN Results (Redacted) |
| 7C | | | | IONSCAN Log |
| 8 | | | | Caribbean Chart |
| 9 | | | | Caribbean Map |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case Number:        8:18-cr-594-T-24JSS                                              Page 5

**EXHIBIT LIST - Continuation Sheet**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case Number:        8:18-cr-594-T-24JSS                                          Page 6

**EXHIBIT LIST - Continuation Sheet**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |