UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,　　　　　　Case No. 8:18-cr-594-T-24JSS

　　　　Plaintiff,　☐
　　　　Government ☒　　　　　　　　☐ Evidentiary
　　　　　　　　　　　　　　　　　　☒ Trial
v.　　　　　　　　　　　　　　　　　☐ Other

RUDOLPH RANDOLPH MEIGHAN
JORGE RAMON NEWBALL-MAY, and
CALBOT REID-DILBERT

　　　　Defendant ☐

## EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 5/6/2019 | 5/6/2019 | J. McCormack | Photo of USCG HC-130J |
| 2A | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2B | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2C | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2D | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2E | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2F | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2G | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2H | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2I | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |

Case Number:     8:18-cr-594-T-24JSS                                     Page 2

## EXHIBIT LIST - Continuation Sheet

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 2J | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2K | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2L | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2M | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2N | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2O | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video – 12/1/18 |
| 2P | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video (clip) – 12/1/18 |
| 2Q | 5/6/2019 | 5/6/2019 | B. Dickinson | MPA Video (clip) – 12/1/18 |
| 3A | 5/7/2019 | 5/7/2019 | E Langiniger | USCG photo of Crew – 12/1/18 |
| 3B | 5/7/2019 | 5/7/2019 | E Langiniger | USCG photo of GFV – 12/1/18 |
| 3C | 5/7/2019 | 5/7/2019 | E Langiniger | USCG photo of GFV – 12/1/18 |
| 3D | 5/7/2019 | 5/7/2019 | E Langiniger | USCG photo of GFV – 12/1/18 |
| 3E | 5/7/2019 | 5/7/2019 | E Langiniger | USCG photo of GFV – 12/1/18 |
| 3F | 5/7/2019 | 5/7/2019 | E Langiniger | USCG photo of GFV – 12/1/18 |
| 3G | 5/7/2019 | 5/7/2019 | E Langiniger | USCG photo of GFV – 12/1/18 |
| 3H | 5/7/2019 | 5/7/2019 | E Langiniger | USCG photo of GFV – 12/1/18 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 3I | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3J | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3K | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3L | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 3M | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4A | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4B | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4C | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4D | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4E | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4F | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4G | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4H | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |
| 4I | 5/7/2019 | 5/7/2019 | E. Lauginiger | USCG photo of GFV – 12/1/18 |

Case Number:   8:18-cr-594-T-24JSS                                   Page 4

## EXHIBIT LIST - Continuation Sheet

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 5A | 5/7/2019 | 5/7/2019 | P. Fahey | Photo of personal items (Reid Dilbert) |
| 5B | 5/7/2019 | 5/7/2019 | P. Fahey | Photo of personal items (Newball May) |
| 5C | 5/7/2019 | 5/7/2019 | P. Fahey | Photo of personal items (Randolph Meighan) |
| 5D | 5/7/2019 | 5/7/2019 | P. Fahey | Photo of personal items (Hinnestroza Newbbooll) |
| 6 | 5/7/2019 | 5/7/2019 | T. Perio | GFV Sketch |
| 7A | 5/7/2019 | 5/7/2019 | D. Brooks | IONSCAN Results |
| 7B | | | | IONSCAN Results (Redacted) |
| 7C | 5/7/2019 | 5/7/2019 | D. Brooks | IONSCAN Log |
| 8 | 5/8/2019 | 5/8/2019 | J. Montes | Caribbean Chart |
| 9 | 5/8/2019 | 5/8/2019 | S. Ray | Caribbean Map |