
BETHNAL GREEN BOXING GYMNASIUM
69