
Case 8:18-cr-00594-SCB-JSS Document 128-17 Filed 05/10/19 Page 1 of 1 PageID 497