```
IONSCAN Model: 500DT  S/N: 52143
Release:  500DT_2.08.008
Deployment date: 02/24/2015
=============================================
              STATUS: ALARM
=============================================
Sample: 2417 Date: 12/02/2018 01:03:12
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
---------------------------------------------
              ALARM
MDMA          3%
PCP           2%
---------------------------------------------
Absolute Pressure (kPa) :   103.20
Different. Press. (kPa) :     0.04
Drift Flow     (cc/min) :      300
---------------------------------------------
Desorber temperature(C) :      245
Instrument temperat.(C) :       32
---------------------------------------------
                        : Tube 1 : Tube 2
                        :--------:--------
Calibrant amplitude(du) :  1127  :   377
           delta   (us) :    40  :    -5
           position(us) :  9766  : 11666
Drift temperature  (C)  :   252  :   110
Inlet temperature  (C)  :   265  :   245
Cal Block temperat.(C)  :    75  :    65
---------------------------------------------
Polarity                : Pos.  : Neg.
High voltage       (V)  : 1577  : 1803
=============================================
Tube/    #    Amp        Ko
Channel      CumA   Delta        DTime
=============================================
1 MDMA   11 1329  135 -10  1.4690 12.365
1 PCP    22 1294   73   2  1.2678 14.328
2 PETN-N  7  140   24 -18  1.1022 17.485
---------------------------------------------
Comments: LOCATION
          FWD HATCH
---------------------------------------------



Auth._____

****************************
```

```
IONSCAN Model: 500DT  S/N: 52143
Release:  500DT_2.08.008
Deployment date: 02/24/2015
========================================
              STATUS: ALARM
========================================
Sample: 2429 Date: 12/02/2018 01:17:23
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
----------------------------------------
                ALARM
Cocaine      3%
----------------------------------------
Absolute Pressure (kPa) |    103.18
Different. Press. (kPa) |     -0.05
Drift Flow    (cc/min)  |      300
----------------------------------------
Desorber temperature(C) |      245
Instrument temperat.(C) |       32
----------------------------------------
                        | Tube 1 | Tube 2
                        |--------|-------
Calibrant amplitude(du) |  1177  |   441
         delta    (us)  |    41  |    -1
         position (us)  |  9766  | 11669
Drift temperature  (C)  |   252  |   110
Inlet temperature  (C)  |   265  |   245
Cal Block temperat. (C) |    75  |    65
----------------------------------------
Polarity                | Pos.  | Neg.
High voltage      (V)   | 1577  | 1803
========================================
Tube/      #    Amp       Ko
 Channel      CumA   Delta       DTime
========================================
1 Cocaine  11  836    93  -4  1.1600 15.659
----------------------------------------
Comments: LOCATION
   PORT SIDE Rail
```

Auth._____

********************************

```
IONSCAN Model: 500DT  S/N: 52143
Release:  500DT_2.08.008
Deployment date: 02/24/2015
========================================
              STATUS: ALARM
========================================
Sample: 2426 Date: 12/02/2018 01:13:19
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
----------------------------------------
                ALARM
Cocaine      12%
----------------------------------------
Absolute Pressure (kPa) |    103.19
Different. Press. (kPa) |      0.02
Drift Flow    (cc/min)  |      300
----------------------------------------
Desorber temperature(C) |      245
Instrument temperat.(C) |       32
----------------------------------------
                        | Tube 1 | Tube 2
                        |--------|-------
Calibrant amplitude(du) |  1179  |   461
         delta    (us)  |    41  |    -1
         position (us)  |  9766  | 11669
Drift temperature  (C)  |   252  |   109
Inlet temperature  (C)  |   265  |   245
Cal Block temperat. (C) |    75  |    65
----------------------------------------
Polarity                | Pos.  | Neg.
High voltage      (V)   | 1577  | 1803
========================================
Tube/      #    Amp       Ko
 Channel      CumA   Delta       DTime
========================================
1 Cocaine  24 4352   227  -2  1.1600 15.659
----------------------------------------
Comments: LOCATION
   Center HOLD
```

Auth._____

********************************

```
IONSCAN Model: 500DT  S/N: 52143
Release: 500DT_2.08.008
Deployment date: 02/24/2015
==========================================
             STATUS: ALARM
==========================================
Sample: 2439 Date: 12/02/2018 04:50:50
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
------------------------------------------
             ALARM
Cocaine     3%
------------------------------------------
Absolute Pressure (kPa) |   103.26
Different. Press. (kPa) |    -0.03
Drift Flow    (cc/min)  |     299
------------------------------------------
Desorber temperature(C) |     245
Instrument temperat.(C) |      33
------------------------------------------
                        | Tube 1 | Tube 2
                        |--------|--------
Calibrant amplitude(du) |  1184  |   480
         delta    (us)  |    42  |     7
         position (us)  |  9773  | 11685
Drift temperature  (C)  |   252  |   110
Inlet temperature  (C)  |   265  |   245
Cal Block temperat.(C)  |    75  |    65
------------------------------------------
Polarity                |  Pos.  |  Neg.
High voltage      (V)   |  1577  |  1803
==========================================
Tube/     #    Amp       Ko
Channel      CumA      Delta        DTime
==========================================
1 Cocaine 12 1004  100    4  1.1600 15.671
------------------------------------------
Comments:  (FOREARMS)
    CALBOT REID DILBERT

                        Auth._____

           ****************************
```

```
IONSCAN Model: 500DT  S/N: 52143
Release: 500DT_2.08.008
Deployment date: 02/24/2015
==========================================
             STATUS: ALARM
==========================================
Sample: 2435 Date: 12/02/2018 04:47:02
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
------------------------------------------
             ALARM
Cocaine     3%
------------------------------------------
Absolute Pressure (kPa) |   103.27
Different. Press. (kPa) |     0.02
Drift Flow    (cc/min)  |     299
------------------------------------------
Desorber temperature(C) |     245
Instrument temperat.(C) |      33
------------------------------------------
                        | Tube 1 | Tube 2
                        |--------|--------
Calibrant amplitude(du) |  1202  |   623
         delta    (us)  |    37  |     1
         position (us)  |  9770  | 11681
Drift temperature  (C)  |   252  |   110
Inlet temperature  (C)  |   265  |   245
Cal Block temperat.(C)  |    75  |    65
------------------------------------------
Polarity                |  Pos.  |  Neg.
High voltage      (V)   |  1577  |  1803
==========================================
Tube/     #    Amp       Ko
Channel      CumA      Delta        DTime
==========================================
1 Cocaine 17 1304   98  -20  1.1600 15.666
2 PETN-N   1   20   20   -1  1.1022 17.508
------------------------------------------
Comments:
   CALBOT REID DILBERT
   (HANDS)

                        Auth._____

           ****************************
```

```
IONSCAN Model: 500DT  S/N: 52143
Release: 500DT_2.08.008
Deployment date: 02/24/2015
========================================
              STATUS: ALARM
========================================
Sample: 2447 Date: 12/02/2018 04:58:17
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
----------------------------------------
                     ALARM
Cocaine      1%
----------------------------------------
Absolute Pressure (kPa) |   103.28
Different. Press. (kPa) |     0.01
Drift Flow    (cc/min)  |     299
----------------------------------------
Desorber temperature(C) |     245
Instrument temperat.(C) |      33
----------------------------------------
                        | Tube 1 | Tube 2
                        |--------|--------
Calibrant amplitude(du) |  1170  |   459
         delta    (us)  |    41  |     2
         position (us)  |  9775  | 11683
Drift temperature  (C)  |   252  |   109
Inlet temperature  (C)  |   265  |   245
Cal Block temperat.(C)  |    75  |    65
----------------------------------------
Polarity                | Pos.  | Neg.
High voltage      (V)   | 1577  | 1803
========================================
Tube/    #    Amp      Ko
Channel     CumA   Delta        DTime
========================================
1 Cocaine  8  431   58 -19  1.1600 15.674
2 PETN-N   1   74   74 -15  1.1022 17.511
----------------------------------------
Comments:
     RUDOLH RANDOLPH MEIGHAN
            (HANDS)


Auth._____

******************************
```

```
IONSCAN Model: 500DT  S/N: 52143
Release: 500DT_2.08.008
Deployment date: 02/24/2015
========================================
              STATUS: ALARM
========================================
Sample: 2442 Date: 12/02/2018 04:53:57
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
----------------------------------------
                     ALARM
Cocaine      8%
----------------------------------------
Absolute Pressure (kPa) |   103.28
Different. Press. (kPa) |     0.00
Drift Flow    (cc/min)  |     300
----------------------------------------
Desorber temperature(C) |     245
Instrument temperat.(C) |      33
----------------------------------------
                        | Tube 1 | Tube 2
                        |--------|--------
Calibrant amplitude(du) |  1177  |   470
         delta    (us)  |    41  |     6
         position (us)  |  9774  | 11686
Drift temperature  (C)  |   252  |   110
Inlet temperature  (C)  |   265  |   245
Cal Block temperat.(C)  |    75  |    65
----------------------------------------
Polarity                | Pos.  | Neg.
High voltage      (V)   | 1577  | 1804
========================================
Tube/    #    Amp      Ko
Channel     CumA   Delta        DTime
========================================
1 Cocaine 17 1913  161  -7  1.1600 15.672
2 NO3      8 2203  367   6  1.9320  9.992
----------------------------------------
Comments:        (HANDS)
    JORGE RAMON NEWBALL MAY


Auth._____

******************************
```

```
IONSCAN Model: 500DT  S/N: 52143
Release: 500DT_2.08.008
Deployment date: 02/24/2015
========================================
              STATUS: ALARM
========================================
Sample: 2459 Date: 12/02/2018 05:07:08
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
----------------------------------------
              ALARM
Cocaine    2%
----------------------------------------
Absolute Pressure (kPa) |   103.29
Different. Press. (kPa) |     0.00
Drift Flow     (cc/min) |     299
----------------------------------------
Desorber temperature(C) |     245
Instrument temperat.(C) |      33
----------------------------------------
                        | Tube 1 | Tube 2
                        |--------|--------
Calibrant amplitude(du) |  1171  |   426
          delta   (us)  |    42  |     4
          position (us) |  9776  | 11685
Drift temperature  (C)  |   252  |   110
Inlet temperature  (C)  |   265  |   245
Cal Block temperat. (C) |    75  |    65
----------------------------------------
Polarity                | Pos.  | Neg.
High voltage      (V)   | 1577  | 1803
========================================
Tube/    #    Amp       Ko
Channel    CumA   Delta      DTime
========================================
1 Cocaine  8  540   72 -22  1.1600 15.675
----------------------------------------
Comments:
EMIRO HINESTROZA NEWBBOOL
     (FOREARMS)


Auth._____

****************************
```

```
IONSCAN Model: 500DT  S/N: 52143
Release: 500DT_2.08.008
Deployment date: 02/24/2015
========================================
              STATUS: ALARM
========================================
Sample: 2456 Date: 12/02/2018 05:04:39
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
----------------------------------------
              ALARM
Cocaine    7%
----------------------------------------
Absolute Pressure (kPa) |   103.28
Different. Press. (kPa) |     0.01
Drift Flow     (cc/min) |     299
----------------------------------------
Desorber temperature(C) |     245
Instrument temperat.(C) |      33
----------------------------------------
                        | Tube 1 | Tube 2
                        |--------|--------
Calibrant amplitude(du) |  1164  |   478
          delta   (us)  |    41  |     2
          position (us) |  9775  | 11683
Drift temperature  (C)  |   252  |   110
Inlet temperature  (C)  |   265  |   245
Cal Block temperat. (C) |    75  |    65
----------------------------------------
Polarity                | Pos.  | Neg.
High voltage      (V)   | 1577  | 1803
========================================
Tube/    #    Amp       Ko
Channel    CumA   Delta      DTime
========================================
1 Cocaine 13 1455  147 -12  1.1600 15.674
----------------------------------------
Comments:
EMIRO HINESTROZA NEWBBOOL
     (HANDS)


Auth._____

****************************
```

```
IONSCAN Model: 500DT  S/N: 52143
Release:  500DT_2.08.008
Deployment date: 02/24/2015
========================================
             STATUS: ALARM
========================================
Sample: 2412 Date: 12/02/2018 00:52:43
Sample type: NORMAL
Method: 52143 N/E RevK
Analysis type: NORMAL
----------------------------------------
              ALARM
Cocaine       7%
----------------------------------------
Absolute Pressure (kPa) :   103.20
Different. Press. (kPa) :     0.01
Drift Flow     (cc/min) :     299
----------------------------------------
Desorber temperature(C) :     245
Instrument temperat.(C) :      32
----------------------------------------
                        : Tube 1 : Tube 2
                        :--------:--------
Calibrant amplitude(du) :  1178  :   492
         delta     (us) :    43  :     3
         position  (us) :  9768  : 11674
Drift temperature  (C)  :   252  :   110
Inlet temperature  (C)  :   265  :   245
Cal Block temperat.(C)  :    75  :    64
----------------------------------------
Polarity                : Pos.  : Neg.
High voltage       (V)  : 1577  : 1803
========================================
Tube/     #     Amp        Ko
Channel       CumA  Delta        DTime
========================================
1 Cocaine  22 2806  150  -6  1.1600 15.662
2 PETN-N    1   69   69  15  1.1022 17.497
1 Amphetam                   1.6720 10.866
1 Buprenor                    .9085 19.998
1 CocHigh                    1.1600 15.662
2 DNT                        1.5655 12.319
2 EGDN                       2.2500  8.571
2 HMTD-Nhi                   1.7340 11.122
2 HMTD-Nlo                   1.7370 11.103
2 HMX                        1.3135 14.682
2 HMX-C                      1.2505 15.422
2 HMX-N                      1.1910 16.193
1 HerHigh                    1.0403 17.465
1 Heroin                     1.0403 17.465
1 LSD                        1.0865 16.722
1 MDA                        1.4965 12.141
1 MDEA                       1.4215 12.781
1 MDMA                       1.4690 12.368
1 Methamph                   1.6395 11.082
2 NG-C                       1.3400 14.392
2 NG-N                       1.2760 15.114
2 NG-N_Hig                   1.2765 15.108
2 NG/TNT                     1.4520 13.282
2 NITRATE                    1.9320  9.982
2 NITRATE-                   1.9320  9.982
2 NO3                        1.9320  9.982
1 PCP                        1.2678 14.331
2 PETN-C                     1.1500 16.770
2 PETN-E                     1.0330 18.449
```

DISC-00161

```
  2 PETN-N      1   69   69  15  ......
  1 Amphetam              1.6720 10.866
  1 Buprenor               .9085 19.998
  1 CocHigh               1.1600 15.662
  2 DNT                   1.5655 12.319
  2 EGDN                  2.2500  8.571
  2 HMTD-Nhi              1.7340 11.122
  2 HMTD-Nlo              1.7370 11.103
  2 HMX                   1.3135 14.682
  2 HMX-C                 1.2505 15.422
  2 HMX-N                 1.1910 16.193
  1 HerHigh               1.0403 17.465
  1 Heroin                1.0403 17.465
  1 LSD                   1.0865 16.722
  1 MDA                   1.4965 12.141
  1 MDEA                  1.4215 12.781
  1 MDMA                  1.4690 12.368
  1 Methamph              1.6395 11.082
  2 NG-C                  1.3400 14.392
  2 NG-N                  1.2760 15.114
  2 NG-N_Hig              1.2765 15.108
  2 NG/TNT                1.4520 13.282
  2 NITRATE               1.9320  9.982
  2 NITRATE-              1.9320  9.982
  2 NO3                   1.9320  9.982
  1 PCP                   1.2678 14.331
  2 PETN-C                1.1500 16.770
  2 PETN-F                1.0330 18.669
  2 PETN-NO3              1.1022 17.497
  1 Procaine              1.3080 13.890
  2 RDX-C                 1.3890 13.884
  2 RDX-D                  .9485 20.333
  2 RDX-F                 1.2060 15.991
  2 RDX-N                 1.3130 14.688
  2 RDX-NO3               1.3130 14.688
  2 TATP-NEG              1.6665 11.572
  1 TATP-POS              2.1990  8.262
  1 THC                   1.0465 17.361
  2 TNT                   1.4510 13.291
  2 Tetryl                1.3769 14.006
  2 Tetryl-C              1.2255 15.737
  2 Tetryl-N              1.1900 16.206
  1 Tramadol              1.2405 14.646
  1 _V-2                  1.2140 14.966
  1 _V-3                  1.1005 16.509
  2 _Ver-NO3              1.9320  9.982
  2 _Ver-PC               1.1500 16.770
  2 _Ver-PN               1.1022 17.497
  2 _Ver-RC               1.3890 13.884
  2 _Ver-RD                .9485 20.333
  2 _Ver-RN               1.3130 14.688
  2 _Ver-T                1.4510 13.291
-------------------------------------------
Comments:  LOCATION:
STARBOARD SIDE RAIL

Auth._____

**************************
```