## IONSCAN Boarding Sample Log

| IONSCAN Serial Number: 52143 | | | Date: 02 DEC 18 | | | |
|---|---|---|---|---|---|---|
| Vessel Name UNK GFV TWO N | | | IONSCAN Operator: OFFICER BROOKS | | | |
| LOCATION | IONSCAN SAMPLE # | ALARM SUBSTANCE&% | CumA | MAX A | DELTA | SEG # |
| BO | 2403 | NONE | | | | |
| ABO | 2404 | NONE | | | | |
| BTM 1 | 2405 | NONE | | | | |
| BTM 2 | 2406 | NONE | | | | |
| BTM 3 | 2407 | NONE | | | | |
| BLANK | 2408 | NONE | | | | |
| BLANK | 2409 | NONE | | | | |
| CONSOLE | 2410 | NONE | | | | |
| STBD Rail | 2411 | NONE | | | | |
| STBD Rail | 2412 | 7% COCAINE | | | | |
| BLANK | 2413 | NONE | | | | |
| BLANK | 2414 | NONE | | | | |
| BLANK | 2415 | NONE | | | | |
| FWD HATCH | 2416 | NONE | | | | |
| FWD HATCH | 2417 | 3% MDMA & 2% PCP | | | | |
| BLANK | 2418 | NONE | | | | |
| BLANK | 2419 | NONE | | | | |
| BLANK | 2420 | NONE | | | | |
| BLANK | 2421 | NONE | | | | |
| BLANK | 2422 | NONE | | | | |
| BLANK | 2423 | NONE | | | | |
| FWD Rail | 2424 | NONE | | | | |
| FWD Rail | 2425 | NONE | | | | |
| CTR HOLD | 2426 | 12% COCAINE | | | | |
| BLANK | 2427 | NONE | | | | |
| BLANK | 2428 | NONE | | | | |
| PORT Rail | 2429 | 3% COCAINE | | | | |
| BLANK | 2430 | NONE | | | | |
| BLANK | 2431 | NONE | | | | |
| BLANK | 2432 | NONE | | | | |
| BLANK | 2433 | NONE | | | | |
| BLANK | 2434 | NONE | | | | |
| P-1-1 | 2435 | 3% COCAINE | | | | |
| BLANK | 2436 | NONE | | | | |
| BLANK | 2437 | NONE | | | | |
| BLANK | 2438 | NONE | | | | |
| P-1-2 | 2439 | 3% COCAINE | | | | |
| BLANK | 2440 | NONE | | | | |
| BLANK | 2441 | NONE | | | | |
| P-2-1 | 2442 | 8% COCAINE | | | | |
| BLANK | 2443 | NONE | | | | |
| BLANK | 2444 | NONE | | | | |

PAGE: 1 OF 2

## IONSCAN Boarding Sample Log

| IONSCAN Serial Number: 52143 | | | Date: 02 DEC 18 | | | |
|---|---|---|---|---|---|---|
| Vessel Name UNK GFV TWOW | | | IONSCAN Operator: OFFICER BROOKS | | | |
| LOCATION | IONSCAN SAMPLE # | ALARM SUBSTANCE&% | CumA | MAX A | DELTA | SEG # |
| BLANK | 2445 | NONE | | | | |
| P-2-2 | 2446 | NONE | | | | |
| P-3-1 | 2447 | 1% COCAINE | | | | |
| BLANK | 2448 | NONE | | | | |
| BLANK | 2449 | NONE | | | | |
| BLANK | 2450 | NONE | | | | |
| BLANK | 2451 | NONE | | | | |
| BLANK | 2452 | NONE | | | | |
| BLANK | 2453 | NONE | | | | |
| P-3-2 | 2454 | NONE | | | | |
| P-3-2 | 2455 | NONE | | | | |
| P-4-1 | 2456 | 7% COCAINE | | | | |
| BLANK | 2457 | NONE | | | | |
| BLANK | 2458 | NONE | | | | |
| P-4-2 | 2459 | 2% COCAINE | | | | |
| BLANK | 2460 | NONE | | | | |
| BLANK | 2461 | NONE | | | | |
| BLANK | 2462 | NONE | | | | |
| BLANK | 2463 | NONE | | | | |

PAGE: 2 OF 2