INT 400
400

DEPTHS IN METERS

N O R T H     A T L A N T I C     O C E A N

C A R I B B E A N     S E A

G U L F   O F   M E X I C O

DEPTHS IN METERS

WEST INDIES