
Belize
San Andrés and Providencia
Serrana Bank
Interdiction
Cartagena
Data SIO, NOAA, U.S. Navy, NGA, GEBCO
Image Landsat / Copernicus
Data LDEO-Columbia, NSF, NOAA
Google Earth